Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 01 2020
JEFFREY P. COLWELL
CLERK

Arthur Hooks on Behalf of citzens of Colorado Springs
)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Colorado Springs Police Department
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Arthur Hooks
   Address: 1107 S Nevada Ave Ste 111
   City: Colorado Springs   State: CO   Zip Code: 80903
   County: El Paso
   Telephone Number: 719-355-6145
   E-Mail Address: Hooks1985@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Colorado Spings Police Department
      Job or Title (if known): Police Officer
      Address: 705 S Nevada Ave
      City: Colorado Spings   State: CO   Zip Code: 80903
      County:
      Telephone Number:
      E-Mail Address (if known):

      [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
      Name:
      Job or Title (if known):
      Address:
      City:   State:   Zip Code:
      County:
      Telephone Number:
      E-Mail Address (if known):

      [ ] Individual capacity   [ ] Official capacity

Page 2 of 6

Defendant No. 3
    Name      _____
    Job or Title *(if known)*      _____
    Address      _____

           *City*      *State*      *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity      [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

           *City*      *State*      *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity      [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     [ ] Federal officials (a *Bivens* claim)

     [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     local officials

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

No

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Colorado Springs at Wendy's

B. What date and approximate time did the events giving rise to your claim(s) occur?

6-11-2020 about 4:30

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My rights have been violated by Colorado Springs Police for several years. They cost me my job by lying on me in an accident when I was not at fault. They refused to investigate when a crime was committed against me. Also harassed me on several different occaions, pulled me out of Wendy's drive-thru with no probable cause interrogated me and arrested me. Rob me out of 160 dollars and took my friend Debit card away from me. In addition also strip me down in the parking lot out of my clothes. Stole my property away from me. Did not read me my reminder rights when taking me into custody. Target me by using other law enforcement agencies such as security guards and toad my car when all my paperwork was in order. Furthermore other Colorado Spring residents have complaint against the police I would love the court to consider this in this matter.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Emotional Distress

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. My property back $500,000 for pain and suffering - 50 thousand to St Judes for charity - 10 scholarships for young men in the community.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**VI.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-28-2020

Signature of Plaintiff: *Arthur Hooks*
Printed Name of Plaintiff: Arthur Hooks

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City       State       Zip Code
Telephone Number: _____
E-mail Address: _____